IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| COREY CRAWFORD | : | NO. 10-59-4 |

ORDER

AND NOW, this 8th day of August 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of the defendant for compassionate release (Doc. #313) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                      J.